E-FILED
Tuesday, 25 January, 2005  09:10:10 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF ILLINOIS

**FILED**

JAN 1 8 2005

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA IL

| | |
|---|---|
| IN RE: ASBESTOS LITIGATION INVOLVING METROPOLITAN LIFE INSURANCE COMPANY | ) ) ) ) ) ) ) ) |
| THIS APPLIES TO ALL CASES | ) Nos.:  See Exhibits A and B ) ) ) ) |

**NOTICE**

Defendant, Metropolitan Life Insurance Company, by its undersigned attorneys, hereby gives notice that the firm of Skadden, Arps, Slate, Meagher & Flom LLP, no longer represents Metropolitan Life in the cases identified on the attached Exhibits A and B.

January _14_, 2005

_____
Douglas L. Prochnow
Jennifer Johnston
WILDMAN, HARROLD, ALLEN &
DIXON LLP
225 West Wacker Drive, Suite 3000
Chicago, Illinois 60606-1229
(312) 201-2000

ATTORNEYS FOR DEFENDANT
METROPOLITAN LIFE
INSURANCE COMPANY

OF COUNSEL:
Stephen Fennell
Andrew Sloniewsky
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., N.W.
Washington D.C., 20036
(202) 429-3000

1488517

**EXHIBIT A**
**Cases Naming Metropolitan Life Insurance Company --**
**Filed in U.S. Dist. Ct., C.D. Ill. -- Not Currently In MDL 875**

99-2268
99-2214
99-2142
99-2140
99-1291
99-1263
99-1259
99-1257
98-4061
98-4059
98-3133
98-2190
98-2133
98-1345
98-1185
98-1184
98-1114
98-1112
96-4024
96-4016
96-2045
96-1176
96-1156
96-1147
00-3219
00-2054
00-2023
00-2013
00-2010
00-2002
00-1005

1488517

**EXHIBIT B**
**Cases Naming Metropolitan Life Insurance Company --**
**Filed in U.S. Dist. Ct., C.D. Ill., and Transferred to U.S. Dist. Ct., E.D. Pa., MDL 875**

| | | |
|---|---|---|
| 99-4077 | 96-1148 | 00-1458 |
| 99-3227 | 96-1146 | 00-1457 |
| 99-3158 | 96-1141 | 00-1407 |
| 99-3152 | 96-1135 | 00-1389 |
| 99-2213 | 02-4058 | 00-1235 |
| 99-2209 | 02-4055 | 00-1234 |
| 99-2208 | 02-2084 | 00-1215 |
| 99-2207 | 02-2064 | 00-1214 |
| 99-2206 | 01-4008 | 00-1213 |
| 99-2184 | 01-3107 | 00-1191 |
| 99-2178 | 01-3031 | 00-1132 |
| 99-2151 | 01-2069 | 00-1030 |
| 99-2141 | 01-2014 | 00-1012 |
| 99-1299 | 01-1170 | 00-1010 |
| 99-1295 | 01-1049 | 00-1009 |
| 99-1294 | 01-1048 | 00-1008 |
| 99-1293 | 00-4001 | 00-1007 |
| 99-1292 | 00-3333 | 00-1006 |
| 99-1290 | 00-3332 | 00-1004 |
| 99-1289 | 00-3296 | 00-1003 |
| 99-1288 | 00-3110 | 00-1002 |
| 98-4087 | 00-3005 | 00-1001 |
| 98-4063 | 00-2344 | |
| 98-4060 | 00-2343 | |
| 98-3132 | 00-2342 | |
| 98-2244 | 00-2161 | |
| 98-2176 | 00-2126 | |
| 98-2092 | 00-2125 | |
| 98-1186 | 00-2088 | |
| 98-1183 | 00-2049 | |
| 98-1113 | 00-2015 | |
| 97-4043 | 00-2014 | |
| 97-2131 | 00-2012 | |
| 97-2015 | 00-2011 | |
| 96-4030 | 00-2009 | |
| 96-2168 | 00-2008 | |
| 96-2075 | 00-2007 | |
| 96-2064 | 00-2006 | |
| 96-2009 | 00-2005 | |
| 96-1155 | 00-2003 | |
| 96-1152 | 00-2001 | |

1488517