E-FILED
Monday, 06 February, 2006  01:09:28 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| JACK S. SANGALLI, Individually, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:99-cv-01288-CRW |
| | ) | |
| A. C. AND S, Inc., a corporation, et al., | ) | MDL Docket 875 |
| | ) | |
| Defendants. | ) | |

### STIPULATION FOR SUBSTITUTION OF COUNSEL

COMES NOW attorney Russell K. Scott, David W. Ybarra, and attorney Kent L. Plotner, and hereby stipulate and agree to the withdrawal of attorney Kent L. Plotner as counsel for defendant, Maremont Corporation, and to the substitution of Russell K. Scott and David W. Ybarra as counsel for said defendant.

**HEYL, ROYSTER, VOELKER & ALLEN**           **GREENSFELDER, HEMKER & GALE, P.C.**

/s/ Kent L. Plotner                                           /s/ David W. Ybarra
Kent L. Plotner, #06190470                           Russell K. Scott, #02533642
103 West Vandalia Street, Suite 100            David W. Ybarra, #6273280
P.O. Box 467                                                  12 Wolf Creek Drive, Suite 100
Edwardsville, Illinois  62025-0467               Swansea (Belleville), Illinois  62226
Phone: (618) 656-7940                                 Phone: (618) 257-7308
Fax:     (618) 656-4646                                 Fax:     (618) 257-7353
                                                                        dwy@greensfelder.com

I hereby certify that on February 6, 2006, I electronically filed defendant Maremont Corporation's Stipulation for Substitution of Counsel with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Michael P Cascino**
mchamberlin@cvlo.com
**Daniel G Donahue**
dgd@herzogcrebs.com mpn@herzogcrebs.com
**Mary Ann Hatch**
mah@herzogcrebs.com jks@herzogcrebs.com
**David E Jones**
djones@hinshawlaw.com kpendry@hinshawlaw.com
**Daniel W McGrath**
dmcgrath@hinshawlaw.com
**Daniel J O'Connell**
Dan@djoalaw.com
**Stephanie A Scharf**
sscharf@jenner.com

and I hereby certify that on February 6, 2006, I mailed by United States Postal Service, the document to the following non-registered participants:

James R Carter
CARTER LAW OFFICES
Commerce Bank Bldg
416 Main St
Suite 529
Peoria, IL 61602

Thomas Ducey
DUCEY LAW FIRM PC
#20 Bronze Pointe
Belleville, IL 62226

Dennis J Graber
HINSHAW & CULBERTSON
Ste 300
521 W Main St
Belleville, IL 62222

Susan Gunty
GUNTY & MCCARTHY
Suite 1025
150 S Wacker Dr
Chicago, IL 60606

Jennifer Johnston
WILDMAN HARROLD ALLEN & DIXON LLP
225 W Wacker Dr
Suite 3000
Chicago, IL 60606-1229

Thomas J Kernell
ROBERTS PERRYMAN BOMKAMP & MEIVES PC
One Mercantile Center
Ste 2300
St Louis, MO 63101

Edward J McCambridge
SEGAL MCCAMBRIDGE SINGER & MAHONEY LTD
One IBM Plaza
Ste 200
Chicago, IL 60611

Dean N Panos
JENNER & BLOCK
One IBM Plaza
330 N Wabash
Chicago, IL 60611

Kent L Plotner
HEYL ROYSTER VOELKER & ALLEN
PO Box 467
Edwardsville, IL 62025

Douglas L Prochnow
WILDMAN HARROLD ALLEN & DIXON LLP
225 W Wacker Dr
Suite 3000
Chicago, IL 60606-1229

Joseph Stalmack
JOSEPH STALMACK & ASSOCIATES PC
5253 Hohman Ave
Hammond, IN 46320

Richard Steinken
JENNER & BLOCK
One IBM Plaza
330 N Wabash
Chicago, IL 60611

/s/ David W. Ybarra